## GRAYSON v. BEARDSLEY et al.

No. 19711.   Opinion Filed Dec. 4, 1928.

W. H. Vann, for plaintiff in error.

Streeter Speakman, for defendants in error.

PER CURIAM. The case of Sallie Nichols, nee Grayson, Plaintiff in Error, v. D. Beardsley and F. M. Coonrod, Defendants in Error, this day decided, 134 Okla. 139, 272 Pac. 447, presents a statement of facts, except as to parties, the same as the facts involved in this appeal. The rule announced in that case is controlling and operates to cause a dismissal of this appeal. Therefore the appeal in this cause is hereby dismissed.